

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00139-CV

**IN RE CITY OF LAREDO**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: July 24, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED

On February 26, 2024, relator filed a petition for writ of mandamus arguing the trial court had failed to rule on its plea to the jurisdiction. On July 15, 2024, the trial court ruled on the relator's plea to the jurisdiction. On July 16, 2024, real party in interest moved to dismiss this original mandamus proceeding. Relator filed a response requesting the dismissal of this proceeding. Accordingly, we dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023CVF001029, styled *Ramiro Rodriguez vs. City of Laredo*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.